# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**STANLEY RODEN,**

    **Plaintiff,**

**vs.**                                   Case No.: 4:16cv559-WS/CAS

**SGT. MATTHEW SPEARS,**

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

On September 8, 2016, the pro se Plaintiff initiated this case by submitting a civil rights complaint, ECF No. 1, a motion for leave to proceed in forma pauperis, ECF No. 2, and a motion requesting the appointment of the counsel. ECF No. 3. Ruling on Plaintiff's motion for leave to proceed in forma pauperis was deferred because Plaintiff did not include a copy of his inmate bank account. An Order was entered directing Plaintiff to supplement the motion by submitting a computer printout for his inmate bank account for the six (6) month period immediately preceding the filing of the complaint. ECF No. 5. Plaintiff was informed that failure to comply as instructed would "result in a recommendation of dismissal of this action

for failure to prosecute and failure to comply with an order of this court." *Id.* Plaintiff's deadline to comply with the Order was October 11, 2016. *Id.* As of this date, nothing further has been received from Plaintiff. Therefore, this case should be dismissed.

It is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for failure to prosecute and comply with a Court Order, and all pending motions be **DENIED** as moot.

**IN CHAMBERS** at Tallahassee, Florida, on October 20, 2016.

S/   Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 4:16cv559-WS/CAS